**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| VICKIE THORNE, individually and on behalf of all others similarly situated, | : : CIVIL ACTION : |
| Plaintiff, | : NO.19-cv-00393 |
| v. | : |
| PEP BOYS – MANNY, MOE & JACK INC., Defendant. | : : : |

## ORDER

AND NOW, this 17th day of July, 2019, upon consideration of Defendant's Motion to Dismiss the Complaint (Doc. No. 13), Plaintiff's Response in opposition thereto (Doc. No. 20), and Defendant's Reply in further support thereof (Doc. No. 21), it is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED without prejudice. Plaintiff is GRANTED leave to file an amended complaint within 20 days of the entry of this Order correcting the deficiencies noted in the Memorandum attached hereto.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.