# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICKIE THORNE, individually and on behalf of all others similarly situated,<br>      Plaintiff,<br><br>v.<br><br>PEP BOYS-MANNY, MOE & JACK INC,<br>      Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-393 |

## ORDER

AND NOW, this 6th day of February, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 26) and the Response and Replies thereto, it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.

1